

_____
**ROBERT A. GORDON**
**U. S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.:   13–10773 – RAG   Chapter:  7

Sabiha Alam
1121 D'Long Road
Apt.E
Catonsville, MD 21228

## ORDER VACATING ORDER
## DISMISSING CASE

This matter comes before the Court on the motion of the Debtor(s) to reconsider its Order dismissing this case. The Court having considered the motion, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Order dismissing this case is vacated.

cc:   Debtor(s)
      Attorney for Debtor(s) – PRO SE
      Chapter 7 Trustee – Lori S. Simpson
      U.S. Trustee
      All Creditors

**End of Order**

15.3 – 01/14/13 – *tsukeena*